**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

W.L. FULLER, INC.,
Plaintiff

v.

TRAVELERS PROPERTY CASUALTY CORP., THE ST. PAUL TRAVELERS COMPANIES, INC. AND CHARTER OAK FIRE INSURANCE COMPANY,
Defendants

CA 05 341 ML

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1446(a), Defendants Travelers Property Casualty Corp., the St. Paul Travelers Companies, Inc., and Charter Oak Fire Insurance Company (collectively ("Travelers"), file this Notice to remove the above-captioned case to this Court and, in support of removal, respectfully states as follows:

1. Travelers is a defendant in a civil action filed on or about July 7, 2005 in the Superior Court of the State of Rhode Island for the County of Kent, identified as *W.L. Fuller, Inc. v. Travelers Property Casualty Corp., The St. Paul Travelers Companies, Inc., and Charter Oak Fire Insurance Company*, Civil Action No. KC05-227 (the "State Court Action").

2. A copy of the Summons and Complaint was served on Travelers on or about July 11, 2005. This Notice is thus timely filed within thirty days after service of the Summons and Complaint under 28 U.S.C. § 1446(b).

3. Plaintiff W.L. Fuller, Inc. is a Rhode Island manufacturing company organized and incorporated under the laws of Rhode Island, and has its principal place of business at 7 Cypress Street, Warwick, Rhode Island. (Complaint, ¶ 1.)

4. Defendant Travelers Property Casualty Corp. is a corporation organized and incorporated under the laws of Connecticut, with its principal place of business at One Tower Square, Hartford, Connecticut.

5. Defendant The St. Paul Travelers Companies, Inc. is a corporation organized and incorporated under the laws of Minnesota, with its principal place of business at 385 Washington Street, Saint Paul, MN 55102.

6. Defendant Charter Oak Fire Insurance Company is a corporation organized under the laws of Connecticut with its principal place of business located at One Tower Square, Hartford, Connecticut.

7. The State Court Action is an action for breach of contract, unfair claims settlement practices, and bad faith under a property insurance policy issued by a Defendant. (Complaint, ¶ 3). Plaintiff alleges the wrongful failure to pay for certain business income losses, and extra and temporary expenses allegedly incurred as the result of a fire at the Plaintiff's manufacturing facility. (Id., ¶ 6-8, 11-12, 16-18, 19-22.).

8. The amount in controversy in this action, exclusive of interest and costs, exceeds the sum of $75,000.

9. Removal of this action is proper under 28 U.S.C. § 1441(a) because this Court has original jurisdiction over the subject matter under 28 U.S.C. § 1332(a). Plaintiff and Defendants are diverse in citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs. The state court in which the State Action was brought is located within the District of Rhode Island.

10. The State Court Action does not fall within any class of actions which, under applicable rules, laws, or statutes, is prevented from or limited in the right of removal.

11. Pursuant to 28 U.S.C. § 1446(d), notice of the filing of this Notice of Removal will be given to all parties in the State Court Action by filing a Notice To Adverse Party Of Removal To Federal Court, along with a copy of this Notice Of Removal, in the State Court Action and by service upon Plaintiff in accordance with applicable rules.

12. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Travelers are attached hereto as <u>Exhibit A</u>. Pursuant to Local Civil Rule 36(b), Travelers will file with the Clerk of this Court within ten (10) days a copy of all records and proceedings in the state court.

13. Travelers reserve the right to raise all defenses and objections in this action after the action is removed to this Court.

TRAVELERS PROPERTY CASUALTY CORP., THE ST. PAUL TRAVELERS COMPANIES, INC. and CHARTER OAK FIRE INSURANCE COMPANY

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard A. Merten (#3171)
Daniel S. Crocker (#6309)
180 South Main Street
Providence, Rhode Island 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: August 9, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF REMOVAL was served via first class mail, postage prepaid, on this 9th of August, 2005 to:

C. Russell Bengtson, Esq.
Carroll Kelly & Murphy
One Turks Head Place
Suite 400
Providence, Rhode Island 02903

[signature]