**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| W.L. FULLER, INC.,<br>Plaintiff<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY CORP., THE ST. PAUL TRAVELERS COMPANIES, INC. AND CHARTER OAK FIRE INSURANCE COMPANY,<br>Defendants | CA 05 341 ML<br>C.A. No. |

**DEFENDANTS' FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Travelers Property Casualty Corp., the St. Paul Travelers Companies, Inc. and Charter Oak Fire Insurance Company (private non-governmental parties), certify that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held: The St. Paul Travelers Companies, Inc.

TRAVELERS PROPERTY CASUALTY CORP., THE ST. PAUL TRAVELERS COMPANIES, INC. and CHARTER OAK FIRE INSURANCE COMPANY

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard A. Merten (#3171)
Daniel S. Crocker (#6309)
180 South Main Street
Providence, Rhode Island 02903
(401) 861-8200/(401) 861-8210 FAX

DATED: August 9, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DEEFNDANTS' FED. R. CIV. P. 7.1 STATEMENT was served via first class mail, postage prepaid, on this 9th of August, 2005 to:

C. Russell Bengtson, Esq.
Carroll Kelly & Murphy
One Turks Head Place
Suite 400
Providence, Rhode Island 02903