**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

W.L. FULLER, INC.,
Plaintiff

v.

TRAVELERS PROPERTY CASUALTY CORP., THE ST. PAUL TRAVELERS COMPANIES, INC. AND CHARTER OAK FIRE INSURANCE COMPANY,
Defendants

C.A. No. 05-341ML

FILED AUG 16 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**DOCUMENT INDEX**

1. Kent County Superior Court Docket Sheet
2. Notice to Adverse Party of Removal to Federal Court
3. Notice of Removal
4. Summons – Travelers Property Casualty Corp. (unserved)
5. Complaint
6. Stipulation
7. Affidavit
8. Civil Case Cover Sheet

814032_1/4757-2

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2005-0227 W L FULLER INC VS TRAVELERS PROPERTY CASUALTY CO

Filing Date: 03-15-2005 Case Type: CONTRACT DAMAGES
Case Status: CLOSED DURING DISCOVERY Status Date: 08-10-2005

Plaintiff: W L FULLER INC Attorney: C BENGTSON
ID: @10269380

Defendant: CHARTER OAK FIRE INSURANCE COMPANY Attorney: UNKNOWN ATTORNEY
ID: @10251057

Defendant: ST PAUL TRAVELERS COMPANIES INC Attorney: UNKNOWN ATTORNEY
ID: @10266901

Defendant: TRAVELERS PROPERTY CASUALTY CORPO Attorney: UNKNOWN ATTORNEY
ID: @10268419

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-15-2005 | COMPLAINT FILED | |
| 03-15-2005 | COMPLAINT FILED | |
| 07-11-2005 | SUMMONS,PROOF OF SERVICE FILED | CHARTER OAK FIRE INSURANCE CO |
| 07-11-2005 | SUMMONS,PROOF OF SERVICE FILED | TRAVELERS P & C CORP ON BEHALF OF ST PAUL TRAVELERS INSURANCE CO |
| 07-11-2005 | SUMMONS,PROOF OF SERVICE FILED | TRAVELERS P & C CORP |
| 07-18-2005 | AFFIDAVIT FILED | |
| 08-05-2005 | STIPULA FILED,EXTEN OF TIME | DEF HAS UNTIL 8/11/05 TO ANSWER |
| 08-10-2005 | NOTICE OF REMOVAL | TO ADVERSE PARTY TO FEDERAL COURT |
| 08-10-2005 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
Jane M. Anthony, Clerk
Offices of Clerk of Superior Court
County of Kent
Rhode Island