**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

W.L. FULLER, INC.,
Plaintiff

v.

TRAVELERS PROPERTY CASUALTY CORP., THE ST. PAUL TRAVELERS COMPANIES, INC. AND CHARTER OAK FIRE INSURANCE COMPANY,
Defendants

C.A. No. 05-341ML

RECEIVED
AUG 31 2005

**STIPULATION**

The parties hereby agree that the time for Defendants to answer or otherwise respond to the Complaint is hereby extended to September 6, 2005.

W.L. FULLER, INC.

By Its Attorneys,

CARROLL KELLY & MURPHY

C. Russell Bengtson (#1233)
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272

TRAVELERS PROPERTY CASUALTY CORP., THE ST. PAUL TRAVELERS COMPANIES, INC. and CHARTER OAK FIRE INSURANCE COMPANY

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Daniel S. Crocker (#6309)
180 South Main Street
Providence, RI 02903
(401) 861-8200/(401) 861-8210 FAX

Enter: Mary M. Lisi USDJ 9/6/05

DATED: August 29, 2005
813512_1/4757-2