**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

W.L. FULLER, INC.,
Plaintiff

v.

TRAVELERS PROPERTY CASUALTY CORP., THE ST. PAUL TRAVELERS COMPANIES, INC. AND CHARTER OAK FIRE INSURANCE COMPANY,
Defendants

C.A. No. 05-341ML

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendants, Travelers Property Casualty Corp., The St. Paul Travelers Companies, Inc. and Charter Oak Fire Insurance Company hereby move that Stephen E. Goldman, Esq. be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- ☐ The case involves the following complex area of the law, in which pro hac vice counsel specializes:
- ☒ Pro hac vice counsel's long-standing representation of the client: Travelers Property Casualty Corp., The St. Paul Travelers Companies, Inc. and Charter Oak Fire Insurance Company
- ☐ The local trial bar lacks experience in the field of:__________.
- ☐ The case involves complex legal questions under the law of a foreign jurisdiction with which __________ counsel is familiar, specifically:__________.
- ☐ The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows:
- ☐ It is a criminal case, and __________ counsel is defendant's counsel of choice.
- ☐ Other: __________.

TRAVELERS PROPERTY CASUALTY CORP., THE ST. PAUL TRAVELERS COMPANIES, INC. and CHARTER OAK FIRE INSURANCE COMPANY

By __________
Howard Merten (#3171)
Daniel S. Crocker (#6309)
Local Counsel
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

DATED: ~~August~~ September 8, 2005

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member of good standing of the bar of the State(s) of: Connecticut and Massachusetts and the following federal district court bar(s): United States District Court for the District of Massachusetts, United States District Court for the State of Connecticut, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York and the Third Circuit Court of Appeals without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in the district: none

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 3, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of Local associate counsel.

Stephen E. Goldman, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. (860) 275-8255 Fax (860) 275-8299

Local Associate Counsel
Howard Merten, Esq. R.I. Bar ID #3171
Daniel S. Crocker, Esq. R.I. Bar ID #6309
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
Tel. (401) 861-8200 Fax (401) 861-8210

---

Order: This motion is hereby ______________________.

__________________________
U.S. District Judge
Date: ____________________

728856_1/3652-6