UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SEP 13 2005

W.L. FULLER, INC.,
Plaintiff

v.

TRAVELERS PROPERTY CASUALTY CORP., THE ST. PAUL TRAVELERS COMPANIES, INC. AND CHARTER OAK FIRE INSURANCE COMPANY,
Defendants

C.A. No. 05-341ML

**STIPULATION**

The parties hereby agree that the time for Defendants to answer or otherwise respond to the Complaint is hereby extended to September 20, 2005.

W.L. FULLER, INC.

By Its Attorneys,

CARROLL KELLY & MURPHY

C. Russell Bengtson (#1233)
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272

TRAVELERS PROPERTY CASUALTY CORP., THE ST. PAUL TRAVELERS COMPANIES, INC. and CHARTER OAK FIRE INSURANCE COMPANY

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Daniel S. Crocker (#6309)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

Enter:
Mary M. Lisi
USDJ 9/14/05

DATED: September 12, 2005

813512_1/4757-2