**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
SEP 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

W.L. FULLER, INC.,
Plaintiff

v.

TRAVELERS PROPERTY CASUALTY CORP., THE ST. PAUL TRAVELERS COMPANIES, INC. AND CHARTER OAK FIRE INSURANCE COMPANY,
Defendants

C.A. No. 05-341ML

**STIPULATION OF DISMISSAL**

The parties hereby agree that Count II of the Complaint, alleging violation of the Unfair Claims Settlement Practices Act, is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

W.L. FULLER, INC.

By Its Attorneys,

CARROLL KELLY & MURPHY

C. Russell Bengtson (#1233)
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272

TRAVELERS PROPERTY CASUALTY CORP., THE ST. PAUL TRAVELERS COMPANIES, INC. and CHARTER OAK FIRE INSURANCE COMPANY

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Daniel S. Crocker (#6309)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

Enter:
Mary M. Lisi
USDJ 9/14/05

DATED: September 12, 2005