SCANNED

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

W.L. FULLER, INC.,
Plaintiff

v.

TRAVELERS PROPERTY CASUALTY CORP., THE ST. PAUL TRAVELERS COMPANIES, INC. AND CHARTER OAK FIRE INSURANCE COMPANY,
Defendants

C.A. No. 05-341ML

## ANSWER

1. Defendants Travelers Property Casualty Corp., the St. Paul Travelers Companies, Inc., and Charter Oak Fire Insurance Company (collectively "Travelers") lack sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 1.

2. Admits that The Charter Oak Fire Insurance Company is a corporation organized under the laws of Connecticut and doing business in the state of Rhode Island. The remaining allegations in paragraph 2 are denied.

3. Travelers admits that the plaintiff is a named insured under a Manufacturers PAC Policy, No. I-680-5175W063-COF-02 (the "Policy") issued by The Charter Oak Fire Insurance Company for the period of September 14, 2002 to September 14, 2003.

4. Travelers admits that the above policy number provided coverage for loss of business income and extra expense but such coverage was subject to the terms, conditions, limitations, and exclusions of the Policy. The remaining allegations of paragraph 4 are denied.

5. Admitted.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

**COUNT I**
**(Breach Of Contract)**

10. Travelers repeats and realleges Paragraphs 1 through 9 of this Answer as if fully set forth herein.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

To the extent a response to the "WHEREFORE" clause is deemed required, the allegations stated in the WHEREFORE clause are denied.

**COUNT II**
**(Unfair Claims Settlement Practices Act)**

Travelers avers that no response is required with respect to the Count II because this cause of action was withdrawn in a Stipulation of Dismissal in this matter dated September 12, 2005.

**COUNT III**
**(Insurer Bad Faith)**

19. Travelers repeats and realleges Paragraphs 1 through 14 of this Answer as if fully set forth herein.

20. Denied.

21. Denied.

22. Denied.

To the extent a response to the "WHEREFORE" clause is deemed required, the allegations stated in the WHEREFORE clause are denied.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's claim against Travelers is barred, in whole or in part, to the extent the loss alleged in the Complaint is barred by the applicable terms, conditions, limitations and exclusions of the Policy.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's claim against Travelers is barred, in whole or in part, to the extent Travelers has paid to the Plaintiff the amounts due under the terms, conditions, limitations and exclusions of the Policy.

**JURY TRIAL DEMAND**

Pursuant to Fed. R. Civ. P. 38(b), Travelers hereby demands a jury trial on all claims so triable.

TRAVELERS PROPERTY CASUALTY CORP., THE ST. PAUL TRAVELERS COMPANIES, INC. and CHARTER OAK FIRE INSURANCE COMPANY

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard Merten (DSC)

Howard Merten (#3171)
Daniel S. Crocker (#6309)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: September 20, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ANSWER was served via first class mail, postage prepaid on this 20th day of September, 2005to:

C. Russell Bengtson, Esq.
Carroll, Kelly & Murphy
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903

819153_1/4757-2