# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

W.L. FULLER, INC.,

Plaintiff

v.

TRAVELERS PROPERTY CASUALTY CORP., THE ST. PAUL TRAVELERS COMPANIES, INC. AND CHARTER OAK FIRE INSURANCE COMPANY,

Defendants

C.A. No. 05-341ML

## WITHDRAWAL OF APPEARANCE

Daniel S. Crocker, Esq., of Partridge Snow & Hahn LLP hereby withdraws his appearance on behalf of the Defendants, Travelers Property Casualty Corp., The St. Paul Travelers Companies, Inc. and Charter Oak Fire Insurance Company.

Daniel S. Crocker (#6309)

## ENTRY OF APPEARANCE

Lisa M. Martinelli, Esq. of Partridge Snow & Hahn LLP hereby enters her appearance on behalf of the Defendants, Travelers Property Casualty Corp., The St. Paul Travelers Companies, Inc. and Charter Oak Fire Insurance Company.

Lisa M. Martinelli (#6350)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing WITHDRAWAL/ENTRY OF APPEARANCE was served via first class mail, postage prepaid on this 26th day of October, 2005 to:

C. Russell Bengtson, Esq.
Carroll, Kelly & Murphy
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903

824287_1/4757-2