UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

W. T. Fuller, Inc.

CA 05-341ML

V.

Travelers Property Casualty Corp.

ORDER

All counsel having agreed to refer the above entitled action to ADR, it is hereby ordered that **William Poore** is appointed as neutral and a mediation shall be held on March 3, 2006 and counsel for the parties shall file a status report with the Court within two (2) weeks from the date of that mediation.

SO ORDERED:

Mary M. Lisi
U.S. District Court Judge
December 2 , 2005

Entered as an Order of this Court on December 5 , 2005.

Barbara Barletta
Deputy Clerk