UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
Property of U.S. District Court
District of Rhode Island

W.L. FULLER, INC., :
Plaintiff :
:
vs. : C.A. No.: 05-341ML
:
TRAVELERS PROPERTY CASUALTY :
CORP., THE ST. PAUL TRAVELERS :
COMPANIES, INC., and CHARTER OAK :
FIRE INSURANCE COMPANY :
Defendant :

**DISMISSAL STIPULATION**

It is hereby stipulated and agreed to by and between the parties that the above-captioned matter may be dismissed, with prejudice, no interest, no costs.

W.L. FULLER, INC.,

By Their Attorneys,

CARROLL, KELLY & MURPHY

C. Russell Bengtson, Esq. (#1233)
One Turks Head Place, Ste. 400
Providence, RI 02903

TRAVELERS PROPERTY CASUALTY
CORP., THE ST. PAUL TRAVELERS
COMPANIES, INC., and CHARTER OAK
FIRE INSURANCE COMPANY

By Their Attorneys

PARTRIDGE SNOW & HAHN, LLP

Howard Merten (#3171)
180 South Main Street
Providence, RI 02903

Enter:
Mary M. Lisi
USDJ 7/7/06

Dated: June 29, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DISMISSAL STIPULATION was mailed, postage prepaid, on this 6th day of July, 2006:

C. Russell Bengston, Esq.
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, RI 02903

[signature]